# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 97-1939

—————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Southern |
| | * | District of Iowa. |
| Gregory Joseph Halter, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

—————

Submitted: June 15, 1998
Filed: July 6, 1998

—————

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

—————

PER CURIAM.

Gregory Joseph Halter entered a plea of guilty to a drug distribution charge, a money laundering charge and an 18 U.S.C. § 924(c) firearms charge. He now brings a 28 U.S.C. § 2255 motion, seeking to vacate his sentence on the firearm conviction in light of the Supreme Court's decision in Bailey v. United States, 516 U.S. 137 (1995). Because of the Supreme Court's recent decision in Bousley v. United States, 118 S. Ct. 1604 (1998), we reverse and remand this matter to the district court for further consideration.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.